IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EMILY L. HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-76-WKW |
| | ) | [WO] |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On May 12, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice based upon Plaintiff's abandonment of her claims, failure to prosecute this action, and failure to comply with the orders of the court.

A separate final judgment will be entered.

DONE this 4th day of June, 2015.

                                          /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE